BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. Cr. S-12-051 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RE: |
| v. | ) | SURRENDER OF DEFENDANT VALERI |
| | ) | KOLESNIKOV'S PASSPORTS |
| VALENTINA BEKNAZAROV, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, by and through their undersigned counsel, that, as a condition of his pretrial release, defendant VALERI KOLESNIKOV, aka Larry Kolivan, agrees to surrender all of his passports to the Clerk of the District Court for the Eastern District of California by March 9, 2012, and to refrain from applying for any new passports or travel documents during

////

////

1

the pendency of this case.

DATED: March 5, 2012

                        BENJAMIN B. WAGNER
                        United States Attorney

                    By: s// R. Steven Lapham
                        R. STEVEN LAPHAM
                        Assistant U.S. Attorney

DATED: March 5, 2012

                        s// Julia Young
                        JULIA YOUNG
                        Counsel for Valeri Kolesnikov

## O R D E R

The defendant, Valeri Kolesnikov, aka Larry Kolivan, is ordered to surrender his passports to the Clerk's Office by March 9, 2012. It is further ordered that he shall not apply for a new passport or any travel documents during the pendency of this case.

DATE:  March 6, 2012

                        KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE