**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
3017 Douglas Blvd., Suite 300
Roseville, CA 95661
Tel:  (916) 296-0786
Fax: (916) 784-3855
*juliayoung21@hotmail.com*

Attorney for Defendant
VALERI KOLESNIKOV aka
Larry Kolivan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VALENTINA BEKNAZAROV, ANATOLIY BEKNAZAROV, VALERI KOLESNIKOV aka Larry Kolivan, and VALERI MYSIN,<br><br>Defendants. | Case No.:2:12-CR-51 MCE<br><br>**ORDER GRANTING A COMPETENCY EVALUATION, COURT CERTIFIED RUSSIAN INTERPRETER, AND ORDER THAT THE DECLARATION OF JULIA M. YOUNG BE SEALED PURSUANT TO FED. R. CIV. P. 5.2, 26 AND LOCAL RULE 141** |

GOOD CAUSE APPEARING, it is hereby granted that the Defendant's Request for a competency evaluation pursuant to 18 U.S.C. § 4241(a) be granted.  It is also ordered that a court certified Russian interpreted be provided to assist in the evaluation.

///

///

///

///

///

1

[PROPOSED] ORDER

Additionally, the Declaration of Julia M. Young will be sealed pursuant to Fed. R. Civ. P. 5.2 and 26, and Local Rule 141.

   IT IS SO ORDERED.

Dated:  June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE