1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **VALERI MYSIN**
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   2:12-cr-00051 MCE
                                 )
12 |         Plaintiff           )
                                 )   **STIPULATION AND**
13 |   vs.                       )   **ORDER CONTINUING**
                                 )   **STATUS CONFERENCE**
14 |                             )
   | **BEKNAZAROV, et al.**      )
15 |                             )
   |         Defendant.          )
16 | _____     )

17

18    The United States, through its undersigned counsel, and the defendants, through their

19 undersigned counsel, hereby agree and stipulate that the status conference, which is currently

20 scheduled for July 12, 2012 at 09:00 a.m. in Courtroom 7 should be vacated and continued to

21 August 30, 2012, at 9:00 a.m.

22    All counsel agree that time should be excluded under the Speedy Trial Act from the date

23 this stipulation is lodged through August 30, 2012.

24    The parties stipulate and agree that the continuance requested herein is necessary to

25 provide defense counsel reasonable time to prepare their respective clients' defenses and taking

26 into account due diligence, the parties agree that the interests of justice in granting this

27 reasonable request for a continuance outweigh the best interests of the public and defendants for

28 a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

| | | |
|---|---|---|
| 1 | Dated: July 5, 2012 | /s/ Steve Lapham |
| 2 | | STEVE LAPHAM<br>Assistant U.S. Attorney |
| 3 | Dated: July 5, 2012 | /s/ John R. Duree, Jr. |
| 4 | | JOHN R. DUREE, JR.<br>Attorney for Valeri Mysin |
| 5 | Dated: July 5, 2012 | /s/ Philip Cozens |
| 6 | | PHILIP COZENS<br>Attorney for Anatoliy Beknazarov |
| 7 | Dated: July 5, 2012 | /s/ Christopher Cosca |
| 8 | | CHRISTOPHER COSCA<br>Attorney for Valentina Beknazarov |
| 9 | Dated: July 5, 2012 | /s/ Julia Young |
| 10 | | JULIA YOUNG<br>Attorney for Valeri Kolesnikov |

**ORDER**

In accordance with counsel's stipulation as set forth above, IT IS SO ORDERED.

Dated: July 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE