```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  ) <br>              Plaintiff,   ) <br>  ) <br>     v.                    ) <br>  ) <br>VALENTINA BEKNAZAROV,      ) <br>ANATOLIY BEKNAZAROV,       ) <br>VALERI KOLESNIKOV,         ) <br>  aka Larry Kolivan, and   ) <br>VALERI MYSIN,              ) <br>  ) <br>              Defendants.  ) <br>_____) | Case No. 2:12-CR-00051 MCE<br><br>GOVERNMENT'S MOTION TO<br>DISMISS INDICTMENT AS TO<br>VALERI KOLSENIKOV ONLY |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing the indictment filed on February 9, 2012, as to defendant Valeri Kolesnikov only.

This motion is based on a psychiatric report reflecting that the defendant is currently incompetent to stand trial and is not likely to be able to be restored to competency.

DATED:_____

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ R. Steven Lapham
                                            R. STEVEN LAPHAM
                                            Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALENTINA BEKNAZAROV, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 2:12-CR-00051 MCE<br><br>ORDER DISMISSING<br>INDICTMENT AS TO<br>VALERI KOLESNIKOV ONLY |

Based on the government's motion to dismiss the indictment against defendant Valeri Kolesnikov based on his current incompetency to stand trial,

IT IS HEREBY ORDERED that the above-captioned Indictment be and hereby is dismissed as to Valeri Kolesnikov only.

Dated: December 26, 2012

_____
MORRISON C. ENGLAND, JR. CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2