**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
3017 Douglas Blvd., Suite 300
Roseville, CA 95661
Tel: (916) 296-0786
Fax: (916) 784-3855
juliayoung21@hotmail.com

Attorney for Defendant
VALERI KOLESNIKOV aka
Larry Kolivan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VALENTINA BEKNAZAROV, ANATOLIY BEKNAZAROV, VALERI KOLESNIKOV aka Larry Kolivan, and VALERI MYSIN,<br><br>Defendants. | Case No.:2:12-CR-00051-MCE<br><br>**ORDER GRANTING RELEASE OF PASSPORT TO DEFENDANT VALERI KOLESNIKOV aka LARRY KOLIVAN** |

On December 29, 2012, Defendant VALERI KOLESNIKOV aka LARRY KOLIVAN ("Defendant") filed a Motion for Appropriate Relief: Return of Defendant's Passport. (ECF No. 52.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's passport, which is currently in the custody of the Clerk of the Court, be returned directly to Defendant VALERI KOLESNIKOV aka LARRY KOLIVAN.

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1